**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GWENDOLYN KAYFES, | ) Case No. CV 22-2438 FMO (PVCx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| BMW OF NORTH AMERICA, LLC, <u>et</u> <u>al.</u>, | ) |
| Defendants. | ) |

IT IS ADJUDGED that the above-captioned case is remanded to state court.

Dated this 18th day of July, 2022.

_____/s/_____

Fernando M. Olguin
United States District Judge
